UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>v.<br><br>CARLOS MENDOZA,<br><br>Defendant. | Case No.: **23mj2144**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. § 841 (a)(1) – Distributing Methamphetamine |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about February 2, 2023, within the Southern District of California, defendant CARLOS MENDOZA, did knowingly and intentionally distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about February 13, 2023, within the Southern District of California, defendant CARLOS MENDOZA, did knowingly and intentionally distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//
//
//

1 | The complainant further states that this complaint is based on the attached Probable
2 | Cause Statement incorporated herein by reference.

_____
Special Agent Cole Jones
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 14th day of June 2023.

_____
HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**PROBABLE CAUSE STATEMENT**

The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about February 2, 2023, an ATF Confidential Informant (hereinafter, the "CI") was debriefed by agents and stated that he/she knew an individual who is a source of supply for methamphetamine.[1] That individual was later identified as Carlos MENDOZA. The CI stated he/she has known MENDOZA for approximately five (5) years and were both members of the same truck club. The CI engaged in recorded communicated with MENDOZA who agreed to sell the CI a pound of methamphetamine for $900.

On February 2, 2023, the CI, accompanied by an ATF Special Agent acting in undercover capacity, (hereinafter, the "UC"), agreed to meet MENDOZA in the parking lot of a Target shopping center located at 935 Sweetwater Road, Spring Valley, CA 91977 in the Southern District of California. When the CI and UC arrived, they parked next to a silver single cab GMC truck, bearing California license plate 45847B3. It was later determined this vehicle was registered to MENDOZA.

MENDOZA exited his GMC truck and entered the front passenger seat of the undercover vehicle (hereinafter, the "UCV"). Once inside the UCV, MENDOZA removed a Ziplock baggie containing suspect methamphetamine from his sweatshirt and handed it to

---

[1] The CI involved in this investigation is paid subsistence compensation in exchange for cooperation. The CI has provided truthful and credible information related to this investigation as well as previous and current ongoing investigations. A criminal records check revealed the CI was convicted of felony domestic violence, exhibiting a deadly weapon and received three years' probation. The CI was activated December 9, 2021. In the summer of 2022, CI was arrested and charged in state court on new charges. The CI was deactivated July 25, 2022. In fall of 2022, CI was convicted in state court of willful discharge of a firearm in grossly negligent manner and prohibited person in possession of ammunition and received two years' probation. The CI was reactivated September 8, 2022, after the resolution of the state case.

the UC for inspection. The UC provided MENDOZA $900 in U.S. Government Agent Cashier funds (hereinafter, "AC" funds) in exchange for the methamphetamine. MENDOZA informed the UC that he received the methamphetamine from his cousin who typically gets two (2) pounds a day. MENDOZA stated that his cousin could provide the UC with additional methamphetamine in the future if requested. MENDOZA also stated that his cousin sells "M30s" (fentanyl pills) and quoted the UC $2-$3 dollars a pill. MENDOZA provided his phone number for future communications. The purchased methamphetamine was later examined by the Drug Enforcement Administration (DEA) Southwest Laboratory who determined the substance to be approximately 448 grams of 100% pure methamphetamine.

Between the dates of February 2, 2023, and February 13, 2023, the UC communicated with MENDOZA via recorded text messages and phone calls about future methamphetamine transactions. MENDOZA agreed to sell the UC one (1) pound of methamphetamine on February 13, 2023.

On February 13, 2023, the UC agreed to meet MENDOZA in the area of AutoZone located 699 Sweetwater Road, Spring Valley, CA 91977 in the Southern District of California to purchase one (1) pound of methamphetamine. Upon arriving to the area in the UCV, the UC observed MENDOZA's truck and parked directly behind MENDOZA. MENDOZA exited his vehicle and walked to the UCV carrying a white plastic bag. MENDOZA approached and placed the plastic bag on the front passenger seat of the UCV. The plastic bag contained a Styrofoam to-go box, which contained a Ziplock baggie containing suspected methamphetamine. The UC provided MENDOZA $900 in AC funds in exchange for the methamphetamine. The UC asked MENDOZA about firearms for sale, and he stated that he can get "P-80's" (also known as "ghost guns," Privately Made Firearms and/or PMFs) and that the ones he is able to acquire are mostly used firearms. The UC informed MENDOZA that the firearms were for his people "down south" (Mexico) and MENDOZA stated he would get back to the UC. The purchased methamphetamine was

later examined by the DEA Southwest Laboratory who determined the substance to be approximately 448 grams of 100% pure methamphetamine.

Later that same day, MENDOZA sent the UC a text message stating his "homie" had a couple of "🔫" (referring to ghost guns or PMFs) model 19's for $1,100 each. The UC negotiated the sale of three (3) pistols for $3,100. The UC and MENDOZA agreed to meet at the same location as earlier that day. The UC and a different CI arrived to the area in the UCV. Upon the UC and CI's arrival, MENDOZA parked his truck directly behind the UCV. MENDOZA exited his vehicle and entered the front passenger seat of the UCV carrying a "White Claw" box. The "White Claw" box contained the three (3) pistols. The UC removed each pistol form the box and inspected them individually. The UC provided MENDOZA $3,100 in AC funds in exchange for the firearms. MENDOZA informed the UC that his friend would be getting additional firearms and was accepting orders. MENDOZA also stated his friend could get AR-15s. MENDOZA mentioned that he was not making any money on the firearms, and that he did not like holding onto them.

On February 14, 2023, MENDOZA informed the UC that he had two pistols available for the UC to purchase. MENDOZA provided the UC with a meeting location of 498 Broadway, Chula Vista, CA 919110. Upon the UC's arrival, MENDOZA entered the front passenger seat of the UCV. While inside the UCV MENDOZA removed two (2) PMF pistols from his vest and provided them to the UC. The UC inspected the firearms and provided MENDOZA $2,200 in AC funds in exchange for the firearms. The UC then provided MENDOZA with $100 more of AC funds for brokering the deal.

Between the dates of February 21, 2023, and March 1, 2023, the UC was in contact with MENDOZA in reference to the purchase of more PMF pistols. On March 1, 2023, MENDOZA stated he had two (2) pistols for sale, $1,100 each. The UC agreed to meet in the parking lot of 935 Sweetwater Road, Spring Valley, CA. Upon arrival the meeting location, MENDOZA parked next to the UCV and entered the front passenger seat of the UCV. MENDOZA stated his friend accidentally gave him an additional firearm and

MENDOZA offered it to the UC for sale and the UC agreed. The UC inspected the three (3) PMF pistols and provided MENDOZA $3,300 in exchange for them.

     On March 30, 2023, ATF conducted a query of the Federal Licensing System (FLS) regarding MENDOZA to determine where MENDOZA holds an active Federal Firearms License (FFL). The FLS query revealed that MENDOZA does not hold and never has held an FFL.